IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

      Plaintiff,                    No. CIV S-09-0624 GGH P

      vs.

JEFFERY ROHLFING, et al.,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 23, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Jeffery Rohlfing, Dr. O. Dickinson, Dr. Dial and Dr. G. James;

        2. The Clerk of the Court shall send plaintiff 4 (four) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 24, 2009.

1             3.  Within thirty days from the date of this order, plaintiff shall complete the
attached Notice of Submission of Documents and submit the following documents to the court:

        a.  The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285 form for each defendant listed in number 1 above; and

        d.  5 (five) copies of the endorsed amended complaint filed April 24, 2009.

        4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 26, 2009

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

ggh: ab
carm0624.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

     Plaintiff,                  No. CIV S-09-0624 GGH P

     vs.

JEFFERY ROHLFING, et al.,         NOTICE OF SUBMISSION

     Defendants.               OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __4__     completed USM-285 forms

     __5__     copies of the __April 24, 2009__
                                    Amended Complaint

DATED:

                                               _____
                                               Plaintiff